## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

In re:

AMANDA L RICHARDSON

Debtor(s)

Case No. 08-83949-JAC-13

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Philip A. Geddes, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 12/03/2008.

2)  The plan was confirmed on 04/21/2009.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)  The case was converted on 02/22/2013.

6)  Number of months from filing to last payment: 50.

7)  Number of months case was pending: 54.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $7,391.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $12,612.45 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$12,612.45** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,295.00 | |
| Court Costs | $274.00 | |
| Trustee Expenses & Compensation | $759.14 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,328.14** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BELLSOUTH | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 11,000.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | 440.00 | 427.72 | 427.72 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | 353.85 | 462.49 | 462.49 | 0.00 | 0.00 |
| EVA BANK | Secured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 4,500.00 | 4,869.36 | 4,869.36 | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| INFANTS & CHILDRENS CLINIC | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,000.00 | 1,155.00 | 1,155.00 | 542.04 | 0.00 |
| LISTERHILL EMPLOYEES CREDIT UN | Secured | 7,150.00 | 7,410.99 | 7,410.99 | 7,410.99 | 1,331.28 |
| LISTERHILL EMPLOYEES CREDIT UN | Unsecured | 2,300.00 | 2,218.61 | 2,218.61 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 4,600.00 | 4,847.67 | 4,847.67 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL BANK | Unsecured | 2,800.00 | 2,830.02 | 2,830.02 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,410.99 | $7,410.99 | $1,331.28 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,410.99** | **$7,410.99** | **$1,331.28** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,155.00 | $542.04 | $0.00 |
| **TOTAL PRIORITY**: | **$1,155.00** | **$542.04** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$15,655.87** | **$0.00** | **$0.00** |

---

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,328.14 |
| Disbursements to Creditors | $9,284.31 |
| | |
| **TOTAL DISBURSEMENTS** : | **$12,612.45** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/05/2013          By: /s/ Philip A. Geddes

Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)

AMANDA L RICHARDSON                    CASE NO: 08-83949-JAC-13

**CERTIFICATE OF SERVICE**

    I, Philip A. Geddes, Trustee, do hereby certify that I have this day served a copy of the above and foregoing instrument, by placing copies of same in the U.S. Mail, postage prepaid and properly addressed to the following:

AMANDA L RICHARDSON
1920 CO ROAD 59
LEXINGTON, AL,  35648

THIS day June 05, 2013                    /s/  Philip A. Geddes
_____
                                         Philip A. Geddes, Trustee

**UST Form 101-13-FR-S (9/1/2009)**